UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------x
UNITED STATES OF AMERICA

    - against -

MICHAEL
PIMENTEL VELOZ
----------------------------------------------------x

21 CR 496 (RJD)(MMH)

MARCIA M. HENRY, U.S.M.J.:

## CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE MARCIA M. HENRY

    United States Magistrate Judge Marcia M. Henry has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Marcia M. Henry. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

    After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Marcia M. Henry.

MICHAEL PIMENTEL VELOZ
Defendant

/s/ Kenneth Montgomery
KENNETH MONTGOMERY
Attorney for the Defendant

BREON PEACE
United States Attorney

By:   /s/Patrick J. Campbell
      Trial Attorney
      Criminal Division, Fraud Section
      U.S. Department of Justice

Dated: April 22, 2022
       Brooklyn, New York